# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:11-cv-02526-RGV
### McKee v. United States of America
### Honorable Russell G. Vineyard

Minute Sheet for proceedings held In Open Court on 06/06/2014.

TIME COURT COMMENCED: 2:31 P.M.
TIME COURT CONCLUDED: 2:43 P.M.
TIME IN COURT: 00:12
OFFICE LOCATION: Atlanta

COURT REPORTER: MONTY VANN
TAPE NUMBER: FTR GOLD
DEPUTY CLERK: Patricia Montgomery

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Neeli Ben-David representing United States of America<br>Thomas Mondelli representing Anthony McKee |
| PROCEEDING CATEGORY: | Telephone Conference. |
| MOTIONS RULED ON: | [79]Motion for Extension of Time TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | STATUS CONFERENCE HELD. WRITTEN ORDER TO FOLLOW. |