UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY McKEE,<br><br>          Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>          Defendant. | CIVIL ACTION FILE<br><br>NO. 1:11-cv-2526-RGV |

## J U D G M E N T

This action having come before the Court, the Honorable Russell G. Vineyard, United States Magistrate Judge, for consideration of the Plaintiff's Motion to Permit Identification of New Expert Witness and the Court having **denied** plaintiff's motion and determined that the defendant is entitled to judgment as a matter of law, it is

**Ordered and Adjudged** that the plaintiff take nothing and that the defendant recover its costs of this action.  This action is hereby **dismissed**.

Dated at Atlanta, Georgia, this 6th day of June, 2014.

                                    JAMES N. HATTEN
                                    CLERK OF COURT

                              By:    s/Denza F. Bankhead
                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  June 6, 2014
James N. Hatten
Clerk of Court

By:  /s Denza Bankhead
        Deputy Clerk